# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. |
| ) | |
| Plaintiff, ) | **'08 MJ 1890** |
| ) | COMPLAINT <u>FOR</u> <u>VIOLATION</u> OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Antonio RAMON-Altamirano,** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about **June 18, 2008** within the Southern District of California, defendant, **Antonio RAMON-Altamirano,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **JUNE, 2008**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Antonio RAMON-Altamirano**

## PROBABLE CAUSE STATEMENT

On June 18, 2008, Border Patrol Agent D. Wallace was performing line watch duties in the Imperial Beach Area of Operations. At approximately 5:05 a.m., Agent Wallace observed four individuals running in an area known as the "Salt Flats." This area is approximately five miles west of the San Ysidro, California Port of Entry and approximately three quarters of a mile north of the United States/Mexico International border.

When Agent Wallace arrived to the area, he encountered four individuals trying to hide. Agent Wallace identified himself as a United States Border Patrol Agent and conducted an immigration inspection. Each of the four individuals, including one later identified as the defendant **Antonio RAMON-Altamirano**, admitted to being citizens and nationals of Mexico and not in possession of any proper documents that would allow them to enter or remain in the United States legally. At Agent Wallace placed each of the individuals under arrest and transported them to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on May 17, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.